Jodi K. Swick No. 228634
**EDISON, McDOWELL & HETHERINGTON LLP**
1 Kaiser Plaza, Suite 1010
Oakland, CA 94612
Telephone:   510.628.2145
Facsimile:   510.628.2146
Email:   jodi.swick@emhllp.com

Cecilia E. Rendon, No. 228604
**BRIGHT AND BROWN**
**ATTORNEYS AT LAW**
550 North Brand Blvd., Suite 2100
Glendale, California 91203
Telephone:   (818) 243-2121
Facsimile:   (818) 243-3225
Email:  crendon@brightandbrown.com

Attorneys for Defendants
AMERICAN GENERAL LIFE INSURANCE CO. and
PETER MORDIN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| ULTI-MATE CONNECTORS, Inc.; BRUCE L. BILLINGTON; THIERRY POMBART; and STEPHEN R. BROCKMAN, on behalf of themselves and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY; SEA NINE ASSOCIATES, INC.; INNOVATIVE PRIVATE STRATEGIES & INSURANCE SERVICES, INC.; I.P.S. PRIVATE ADVISORS; LALAT PATTANAIK; LALAT PATTANAIK; LABAN PATTANAIK; KENNETH A. | Case No. 8:14-cv-01051-JLS-JPR<br><br>**DEFENDANTS AMERICAN GENERAL LIFE INSURANCE COMPANY AND PETER MORDIN NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO F.R.CIV.P. 12(b)(1) AND 12(b)(6)**<br><br>Date:   October 3, 2014<br>Time:  2:30 p.m.<br>Dept:  10A<br><br>Local Rule 7-3 Compliant |

| | |
|---|---|
| 1 | ELLIOT, individually and d.b.a. KAE, KAE CONSULTING and VISTA BARRANCA; PETER MORDIN; SOUTHERN CALIFORNIA MANUFACTURERS' AND AGRICULTURAL PRODUCERS' LEAGUE VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION MASTER PLAN; SOUTHERN CALIFORNIA ENTERTAINMENT AND COMMUNICATION GUILD VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION MASTER PLAN; SOUTHERN CALIFORNIA MEDICAL PROFESSION ASSOCIATION VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCATION MASTER PLAN; SOUTHERN CAIFORNIA RETAIL MERCHANTS' LEAGUE VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION MASTER PLAN; CALIFORNIA BUILDING SUPPLY WHOLESALERS' AND CONTRACTORS' LEAGUE VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCATION MASTER PLAN; SOUTHERN CALIFORNIA CONSULTANTS' AND FINANCIAL PLANNERS' PROFESSION ASSOCIATION VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCAITON MASTER PLAN; and DOES 1-50, |
| | Defendants. |

-2-
Case No. 8:14-cv-01051–JLS-JPR
American General & Peter Mordin's Notice of Motion and Motion to Dismiss under F.R.Civ.P 12(b)(1) and 12(b)(6)

1 TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD AND ALL OTHER
2 PARTIES AND COUNSEL IN THIS CASE:

3   NOTICE IS HEREBY GIVEN that on October 3, 2014, at 2:30 p.m. or as soon
4 thereafter as counsel may be heard, before the Honorable Josephine L. Stanton in
5 Courtroom 10A, located at 411 West Fourth Street, Santa Ana, CA, defendants American
6 General Life Insurance Company and Peter Mordin will and hereby do move the Court to
7 dismiss Plaintiff's First Amended Complaint [Dkt. 12] in its entirety without leave to
8 amend pursuant Rules 12(b)(1) and (6) of the Federal Rules of Civil Procedure.  This
9 motion is based on this Notice of Motion and Motion and the Memorandum of Points and
10 Authorities filed contemporaneously herewith.

11   Each of Plaintiffs' claims should be dismissed as time-barred because they accrued
12 at the latest in 2006 when Plaintiffs voiced suspicions about the misrepresentations that
13 they allege Defendants made.  Further, Plaintiffs admit to holding documentation that
14 conflicts with the alleged misrepresentations they supposedly relied upon.

15   Plaintiffs RICO claims should be dismissed because, in addition to being time-
16 barred, Plaintiffs do not allege an enterprise that is distinct from the Defendant group, has
17 the required decision-making structure, or that is separate from the pattern of racketeering
18 activity Plaintiffs allege the enterprise conducted.  Further, Plaintiffs fail to plead
19 predicate acts because the alleged misrepresentations are, at best, non-actionable
20 representations of Defendants' opinions and beliefs only. Finally, Plaintiffs fail to plead
21 their RICO claims with the heightened specificity demanded by Rule 9(b), nor do they
22 adequately plead RICO claims against Defendant Mordin.  Because their substantive
23 RICO claims fail, their claim that Defendants conspired to violate RICO also fails.

24   Plaintiffs other claims should also be dismissed.  Plaintiffs UCL claim fails because
25 the statute does not have extraterritorial application, and here Plaintiffs allege (as to
26 American General) conduct by a Texas-based entity that occurred in Texas.  Plaintiffs

27
28

1 fraud and RICO claims additionally fail because Plaintiffs pleading demonstrates that they
2 did not justifiably rely on and their damages were not proximately caused by the alleged
3 misrepresentations as they claim.  Further, Plaintiffs' aiding and abetting claim fails
4 because there is no cognizable claim for aiding and abetting a RICO violation, and
5 Plaintiffs otherwise improperly plead the count.
6     Finally, Plaintiffs RICO, fraud, and rescission claims fail for want of standing.
7 Plaintiffs alleged damages are derivative of their ownership interest, and do not have
8 damages directly caused by any Defendant's alleged conduct.  Moreover, none of the
9 named Plaintiffs are in contractual privity with American General or Mr. Mordin such that
10 they can request rescission of any contract.
11     For all of these reasons, Plaintiffs' First Amended Complaint [Dkt. 12] should be
12 dismissed with prejudice.
13     I hereby certify that this motion is made following the conference of counsel
14 pursuant to L.R. 7-3, which took place on August 18, 2014.

17 DATED:  August 25, 2014        EDISON, MCDOWELL & HETHERINGTON LLP

19                              */s/ Jodi K. Swick*
20                              Jodi Swick

21                              Attorneys for Defendants
22                              AMERICAN GENERAL LIFE INSURANCE COMPANY AND PETER MORDIN