Kenneth A. Elliott
31441 Santa Margarita Parkway, Suite A-312
Rancho Santa Margarita, California 92688-1011
Telephone: (949) 589-3174
Facsimile: (949) 589-7802

In Pro Per

FILED
2014 OCT 31  PM 2:37
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY:_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULTI-MATE CONNECTORS, INC.; BRUCE L. BILLINGTON; THIERRY POMBART; and STEPHEN R. BROCKMAN, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN GENERAL LIFE INSURANCE COMPANY; SEA NINE ASSOCIATES, INC.; INNOVATIVE PRIVATE STRATEGIES & INSURANCE SERVICES, INC.; I.P.S. PRIVATE ADVISORS; LALAT PATTANAIK; LABAN PATTANAIK; KENNETH A. ELLIOTT, individually and d.b.a. KAE, KAE CONSULTING AND VISTA BARRANCA; PETER MORDIN; AND DOES 1-50, <br><br> Defendants | Case No.: 8:14 - cv – 01051 JLS (JPRx) <br><br> KENNETH A. ELLIOTT'S ANSWER TO FIRST AMENDED COMPLAINT <br><br> Dept: <br> Judge: |

<u>**DEFENDANTS KENNETH A. ELLIOTT ANSWER TO FIRST AMENDED COMPLAINT**</u>

Defendant, Kenneth A. Elliott (hereinafter "Elliott") answers the complaint of Plaintiffs, Ulti-Mate Connectors, Inc.; Bruce L. Billington; Thierry Pombart; Stephen Brockman, ("Plaintiff"), as follows:

<u>**ANSWER**</u>

Defendant has reviewed First Amended Complaint and finds that material added needed no answers by Defendant beyond the Defendant's Answer to Complaint dated July 28, 2014 and filed with the Court at that time.

**WHEREFORE**, Defendant prays as follows:

1. That Plaintiffs take nothing by this action;
2. That Defendant be awarded costs of suit incurred herein;
3. That Defendants be awarded attorney fees; and
4. That Defendants be awarded any such other and further relief as the Court deems just.

Dated: October 31, 2014

Kenneth A. Elliott
31441 Santa Margarita Parkway, Suite A-312
Rancho Santa Margarita, California 92688
Telephone: (949) 389-3174
Facsimile: (949) 589-7802
Email: k4kuna2c_843@msn.com
In Pro Per

## PROOF OF SERVICE

I, Kenneth A. Elliott (name), declare as follows. I am over the age of 18 years. My address is:

36 Vista Barranca
Rancho Santa Margarita, CA 92688

On October 31, 2014 (date), I served the foregoing document described as:

Kenneth A. Elliott's Answer to First Amended Complaint

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail in Rancho Santa Margarita, CA, addressed to: (city, state)

Tyler Meade, Esq. (name)   Hutson Smelley, Esq. (name)
Meade & Schrage LLP (address)   Edison, McDowell & Hetherington, LLP (address)
1816 Fifth Street (address)   3200 Southwest Freeway (address)
Berkeley, CA 94710   Suite 2100
   Houston, TX 77027

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 31, 2014 at Santa Ana, CA.
   (date)                (place of signing)

_____ (signature)
Kenneth A. Elliott (name)