1  LAW OFFICE OF MICHAEL J. REISER
   MICHAEL J. REISER, ESQ. (SBN 133621)
2  LILIA BULGUCHEVA, ESQ. (SBN 291374)
   961 Ygnacio Valley Road
3  Walnut Creek, California 94596
   Telephone: (925) 256-0400
4  Facsimile: (925) 476-0304
   reiserlaw@gmail.com
5  lilia.reiserlaw@gmail.com

6  THE MEADE FIRM P.C.
   TYLER R. MEADE, ESQ. (SBN 160838)
7  1816 Fifth Street
   Berkeley, CA 94710
8  Telephone: (510) 843-3670
   Facsimile: (510) 843-3679
9  tyler@meadefirm.com

10 GIBBS LAW GROUP LLP
   MICHAEL SCHRAG (SBN 185832)
11 One Kaiser Plaza, Suite 1125
   Oakland, CA  94612
12 Telephone:  (510) 530-9700
   Facsimile:  (510) 530-9701
13 mls@classlawgroup.com

14 Attorneys for Plaintiffs and the Class
   ULTI-MATE CONNECTORS, INC.,
15 BRUCE L. BILLINGTON, THIERRY POMBART,
   and STEPHEN R. BROCKMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULTI-MATE CONNECTORS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY, et al.<br><br>Defendants. | Case No.  8:14-cv-01051-JLS (JPRx)<br><br>**PLAINTIFFS' PROPOSED SPECIAL VERDICT FORM**<br><br>Trial Date: July 26, 2016<br>Pretrial Conf. Date: July 8, 2016<br>Time: 1:30 p.m.<br>Courtroom: 10-A<br>Judge:  Hon. Josephine L. Staton |

We answer the questions submitted to us as follows:

1. Did one or more plaintiffs prove that one or more defendants violated 18 U.S.C. § 1962(c)?

    _____ Yes      _____ No

If your answer to question 1 is "yes," proceed to question 2. If you answered no, skip to question 3.

2. If plaintiffs proved a violation of 18 U.S.C. § 1962(c) by one or more defendants, identify the defendant or defendants in the spaces below:

    American General Life Insurance Company:      _____ Yes _____ No
    Peter Mordin:      _____ Yes _____ No
    Kenneth Elliott:      _____ Yes _____ No

Proceed to question 3.

3. Did one or more plaintiffs prove that one or more defendants violated 18 U.S.C. § 1962(d)?

    _____ Yes      _____ No

If your answer to question 3 is "yes," proceed to question 4. If you answered no, skip to question 5.

4. If plaintiffs proved a violation of 18 U.S.C. § 1962(d) by one or more defendants, identify the defendant or defendants in the spaces below:

    American General Life Insurance Company:      _____ Yes _____ No
    Peter Mordin:      _____ Yes _____ No
    Kenneth Elliott:      _____ Yes _____ No

Proceed to question 5.

5. Review your answers to questions 2 and 4 above. If you answered "yes" for one or more defendants, state the amount of damages in the blank below.

$_____

Proceed to question 6.

6. Did one or more plaintiffs prove that one or more defendants committed the tort of fraud?

_____ Yes _____ No

If your answer to question 6 is "yes," proceed to question 7. If you answered no, skip to the end of this form.

7. If plaintiffs proved fraud by one or more defendants, identify the defendant or defendants in the spaces below:

American General Life Insurance Company: _____ Yes _____ No

Peter Mordin: _____ Yes _____ No

Kenneth Elliott: _____ Yes _____ No

Proceed to question 8.

8. If you answered "yes" for one or more defendants in question 7 above, state the amount of damages in the blank below.

$___________________

Signed: _______________

Presiding Juror

Dated: ________________

After this verdict form has been signed, notify the [clerk/bailiff/court attendant] that you are ready to present your verdict in the courtroom.