LAW OFFICE OF MICHAEL J. REISER
MICHAEL J. REISER, ESQ. (SBN 133621)
LILIA BULGUCHEVA, ESQ. (SBN 291374)
961 Ygnacio Valley Road
Walnut Creek, California 94596
Telephone: (925) 256-0400
Facsimile: (925) 476-0304
reiserlaw@gmail.com
lilia.reiserlaw@gmail.com

THE MEADE FIRM P.C.
TYLER R. MEADE, ESQ. (SBN 160838)
1816 Fifth Street
Berkeley, CA 94710
Telephone: (510) 843-3670
Facsimile: (510) 843-3679
tyler@meadefirm.com

GIBBS LAW GROUP LLP
MICHAEL SCHRAG (SBN 185832)
One Kaiser Plaza, Suite 1125
Oakland, CA  94612
Telephone:  (510) 530-9700
Facsimile:  (510) 530-9701
mls@classlawgroup.com

Attorneys for Plaintiffs and the Class
ULTI-MATE CONNECTORS, INC.,
BRUCE L. BILLINGTON, THIERRY POMBART,
and STEPHEN R. BROCKMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| ULTI-MATE CONNECTORS, INC., et al., | Case No.  8:14-cv-01051-JLS (JPRx) |
|---|---|
| Plaintiffs, | **JOINT STATUS REPORT** |
| v. | Trial Date: July 26, 2016 |
| AMERICAN GENERAL LIFE INSURANCE COMPANY, et al. | Pretrial Conf. Date: July 8, 2016<br>Time: 1:30 p.m.<br>Courtroom: 10-A |
| Defendants. | Judge:  Hon. Josephine L. Staton |

The parties participated in an all day mediation on June 14, and settlement discussions have continued with the assistance of the mediator (Hon. Rebecca Westerfield at JAMS). Yesterday, the parties received a mediator's proposal which is to remain open until 5:00 pm on July 8. The parties will promptly notify the court as soon as a decision is reached.

DATED: July 7, 2016         Respectfully submitted,

LAW OFFICE OF MICHAEL J. REISER

THE MEADE FIRM P.C.
TYLER R. MEADE, ESQ.

GIBBS LAW GROUP LLP
MICHAEL SCHRAG, ESQ.


By: */s/ Tyler Meade*
    TYLER MEADE
    Attorneys for Plaintiffs and the Class