LAW OFFICE OF MICHAEL J. REISER
MICHAEL J. REISER, ESQ. (SBN 133621)
961 Ygnacio Valley Road
Walnut Creek, California 94596
Telephone: (925) 256-0400
Facsimile: (925) 476-0304
reiserlaw@gmail.com

THE MEADE FIRM P.C.
TYLER R. MEADE, ESQ. (SBN 160838)
1816 Fifth Street
Berkeley, CA 94710
Telephone: (510) 843-3670
Facsimile: (510) 843-3679
tyler@meadefirm.com

GIBBS LAW GROUP LLP
MICHAEL SCHRAG (SBN 185832)
One Kaiser Plaza, Suite 1125
Oakland, CA 94612
Telephone: (510) 530-9700
Facsimile: (510) 530-9701
mls@classlawgroup.com

Attorneys for Plaintiffs ULTI-MATE CONNECTORS, INC., BRUCE L. BILLINGTON, THIERRY POMBART, and STEPHEN R. BROCKMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULTI-MATE CONNECTORS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY, et al.<br><br>Defendants. | Case No. 8:14-cv- 01051-JLS (JPRx)<br><br>**STIPULATION OF DISMISSAL OF ENTIRE ACTION PURSUANT TO SETTLEMENT**<br><br><br>DEPT:   Courtroom 10-A<br>JUDGE:  Hon. Josephine L. Staton |

- 1 -   Case No. 8:14-cv-01051-JLS-JPRx
STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between the parties that this action be and hereby is dismissed in its entirety with prejudice as to all named defendants (including those that did not appear or defend), with each party to bear his or its own costs. This stipulation is filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: August 11, 2016

LAW OFFICE OF MICHAEL J. REISER

GIBBS LAW GROUP LLP

THE MEADE FIRM P.C.

By: */s/ Tyler Meade*
    TYLER MEADE
    Attorneys for Plaintiffs

Dated: August 11, 2016

EDISON, McDOWELL & HETHERINGTON LLP

By: */s/ Amy Boyea*
    AMY BOYEA
    Attorneys for Defendants AMERICAN GENERAL LIFE INSURANCE CO. and PETER MORDIN

Dated: August ___, 2016

By: _____
    Kenneth Elliott
    Defendant in Pro Per